## Commonwealth *v.* Butler, Appellant.

Before SABO, J., without a jury.

Argued September 11, 1974. *Philip Bagdon,* for appellant; *James Y. Garrett,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Cichowicz, Appellant.

Before BERTOLET, J.

Submitted September 9, 1974. *A. Anthony Kilkuskie,* Assistant Public Defender, and *Fred I. Noch,* Public Defender, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.